IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Magistrate No. 23-82 |
| SHAWN DENNING | |

## ORDER

AND NOW, to wit, this 24th day of January 2023, it appearing to the Court that an Arrest Warrant for the above-captioned individual has been executed, and upon the representation of the United States Attorney's Office that there is no further necessity that the Arrest Warrant and Complaint remain sealed, and upon consideration of the Government's request to file a redacted version of the Affidavit and for the unredacted Affidavit to remain under seal,

IT IS HEREBY ORDERED that the Complaint and Arrest Warrant filed at the above number and sealed on January 18, 2023, be unsealed as of January 24, 2023. The unredacted version of the Affidavit shall remain sealed until further order of court. The redacted version of the Affidavit shall be unsealed and filed on the docket.

_____
UNITED STATES MAGISTRATE JUDGE